AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Donald Hazard , (DOB: XXXXXXXXX) | ) Case: 1:21-mj-00686 |
| Lucas Denney, (DOB: XXXXXXXX) | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 12/7/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

*Code Section*                                  *Offense Description*

Hazard Charges:
18 U.S.C. §§ 111(a)(1) and (b) – Assaulting, Resisting, or Impeding Certain Officers, Inflicting Bodily Injury
18 U.S.C. 231(a)(3) – Civil Disorder
18 U.S.C. § 1512(c)(2) – Obstruction of an Official Proceeding
18 U.S.C. § 1512(k) – Conspiracy to Obstruct an Official Proceeding
18 U.S.C. §§ 1752(a)(1) and 1752(b)(1)(B) Entering and Remaining in a Restricted Building or Grounds, Resulting in Significant Bodily Injury
18 U.S.C. §§ 1752(a)(2) and 1752(b)(1)(B) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds, Resulting in Significant Bodily Injury
18 U.S.C. §§ 1752(a)(4) and 1752(b)(1)(B) – Engaging in Physical Violence in a Restricted Building or Grounds, Resulting in Significant Bodily Injury
40 U.S.C. § 5104(e)(2)(C) – Entering and Remaining in Certain Rooms in the Capitol Building
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in the Capitol Building
40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence in the Capitol Building
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in the Capitol Building.
Denney Charges:
18 U.S.C. §§ 111(a)(1) and (b) -- Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon
18 U.S.C. 231(a)(3) – Civil Disorder
18 U.S.C. § 1512(c)(2) – Obstruction of an Official Proceeding
18 U.S.C. § 1512(k) – Conspiracy to Obstruct an Official Proceeding
18 U.S.C. §§ 1752(a)(1) and 1752(b)(1)(A) Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. §§ 1752(a)(2) and 1752(b)(1)(A) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. §§ 1752(a)(4) and 1752(b)(1)(A) – Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
40 U.S.C. § 5104(e)(2)(F) -- Act of Physical Violence in the Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

James P Farris, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 12/07/2021

*Judge's signature*

City and state: Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*