AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Donald Hazard | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Donald Hazard                                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b) – Assaulting, Resisting, or Impeding Certain Officers, Inflicting Bodily Injury
18 U.S.C. 231(a)(3) – Civil Disorder
18 U.S.C. § 1512(c)(2) – Obstruction of an Official Proceeding
18 U.S.C. § 1512(k) – Conspiracy to Obstruct an Official Proceeding
18 U.S.C. §§ 1752(a)(1) and 1752(b)(1)(B) Entering and Remaining in a Restricted Building or Grounds, Resulting in Significant Bodily Injury
18 U.S.C. §§ 1752(a)(2) and 1752(b)(1)(B) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds, Resulting in Significant Bodily Injury
18 U.S.C. §§ 1752(a)(4) and 1752(b)(1)(B) – Engaging in Physical Violence in a Restricted Building or Grounds, Resulting in Significant Bodily Injury
40 U.S.C. § 5104(e)(2)(C) – Entering and Remaining in Certain Rooms in the Capitol Building
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in the Capitol Building
40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence in the Capitol Building
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in the Capitol Building.

Date:     12/07/2021

2021.12.07
17:48:19 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
                                                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/7/2021 , and the person was arrested on *(date)* 12/13/2021
at *(city and state)* Hurst, TX .

Date: 12/14/2021

*Arresting officer's signature*

James C. Ferris, Special Agent
*Printed name and title*