UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-MJ-686 |
| : | |
| DONALD HAZARD, and : | |
| LUCAS DENNEY : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia and Attorney, Detailee Jennifer M. Rozzoni, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
District of New Mexico (on detail to the District of Columbia)
Bar No. 14703
201 3rd Street, Suite 900
Albuquerque, NM 87102
(505) 350-6818

## CERTIFICATE OF SERVICE

On this 27th day of January 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                  */s/ Jennifer M. Rozzoni*
                                                JENNIFER M. ROZZONI
                                                District of New Mexico (on detail
                                                to the District of Columbia)
                                                Bar No. 14703
                                                201 3rd Street, Suite 900
                                                Albuquerque, NM 87102
                                                (505) 350-6818