# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-MJ-686** |
| : | |
| **DONALD HAZARD,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter having come before the Court pursuant to an Unopposed Motion to Continue, upon consent, it is therefore

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled status hearing on February 3, 2022 be continued to April 5, 2022 at 1:00 p.m.; and it is further

ORDERED that the time between February 3, 2022 and April 5, 2022 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and Defendant in a speedy trial, as a continuance will provide the parties additional time to engage in discovery and a pretrial resolution.

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge